Case 4:25-cr-00508   Document 1   Filed on 09/29/25 in TXSD   Page 1 of 3

United States Courts
Southern District of Texas
FILED

*September 29, 2025*

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § <br> § <br> § |
| v. | §    Criminal No. **4:25-cr-0508** <br> § |
| | § <br> § |
| **HARRY LAMAR CURTIS III,** | § <br> § |
| Defendant. | § |

## CRIMINAL INFORMATION

The United States Attorney charges:

### Introduction and Background

1. Defendant **HARRY LAMAR CURTIS III ("CURTIS")** resided in Houston, Texas.

2. At all times relevant to this case, **CURTIS** was the owner of Information Advisory Group, LLC ("IAG"), a cybersecurity and IT company based in Houston, Texas.

3. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

### Employment Tax Withholding

4. Pursuant to the Internal Revenue Code and associated statutes and regulations, employers are required to withhold amounts from their employees' gross pay including Federal Insurance Contribution Act ("FICA") taxes, which represent Social Security and Medicare taxes, and federal income taxes. These taxes will be referred to in this Indictment collectively as "trust

fund taxes" because employers hold the withheld amounts in trust until paid over to the United States. Employers are required to remit these withheld, trust fund amounts to the IRS on a quarterly basis, no later than the last day of month following the end of the quarter.

5. In addition to the trust fund taxes that must be withheld from pay, employers are separately required to make contributions under FICA for Social Security and Medicare in amounts matching the amounts withheld from their employees' pay for those purposes. Such employer contributions are likewise required to be remitted to the IRS no later than the last day of the month following the end of the quarter. Collectively, these five components required to be remitted quarterly are commonly referred to as "employment taxes," made up of the trust fund taxes withheld (individual income, Social Security and Medicare taxes) and the matching amounts contributed by the employer.

6. Employers are required to file, one month after the conclusion of the calendar quarter, an Employer's Quarterly Federal Tax Return, Form 941 ("Form 941"), setting forth the total amount of income taxes withheld, the total amount of Social Security and Medicare taxes due, and the total tax deposits.

7. A person is responsible for collecting, accounting for, and paying over the employment taxes if he or she has the authority required to exercise significant control over the employer's financial affairs, regardless of whether the individual exercised such control in fact.

8. **CURTIS** exercised control over IAG's financial affairs by, among other acts, approving payments, controlling bank accounts, and accepting checks. Thus, **CURTIS** was a responsible person for collecting trust fund taxes, accounting for the employment taxes by filing Forms 941 with the IRS, and paying over to the IRS the employment taxes for IAG's employees.

## COUNT 1 – Q1 2020 TAXES
## WILLFUL FAILURE TO COLLECT OR PAY OVER TAXES
## (26 U.S.C. § 7202)

During the period between January 1, 2020 and March 31, 2020, in the Houston Division of the Southern District of Texas and elsewhere, defendant

**HARRY LAMAR CURTIS III**

was a person required to collect, account for on quarterly Forms 941, and pay over to the IRS on behalf of IAG the trust fund taxes imposed on its employees by the Internal Revenue Code. On or about April 30, 2020, **CURTIS** did willfully fail to collect, truthfully account for, and pay over the trust fund taxes due and owing to the IRS on behalf of the employees of IAG for the first quarter of 2020.

In violation of Title 26, United States Code, Section 7202.

NICHOLAS J. GANJEI
United States Attorney

*Brad Gray*
Brad R. Gray
Assistant United States Attorney